UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2327 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | STIPULATION TO EXTEND |
| | ) | HEARING DATE |
| PHILLIP LECLAIR, | ) | |
| | ) | |
| Respondent. | ) | |

Upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that

the hearing in the above-entitled matter will be scheduled for March 5, 2002, at 10:30 a.m. at the Federal Medical Center in Rochester, Minnesota.

Dated: 1/10/02

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2327 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>PHILLIP LECLAIR,<br><br>Respondent. | ) | STIPULATION TO EXTEND HEARING DATE |

Counsel for the United States of America and for the Respondent, Phillip LeClair in the above-entitled matter hereby stipulate to an extension of the hearing in this matter to March 5, 2002, at 10:30 a.m., at the Federal Medical Center in Rochester, Minnesota.

Respectfully submitted,

Dated: 1-10-02

THOMAS B. HEFFELFINGER
United States Attorney

Joan D. Humes

BY: JOAN D. HUMES
Assistant U.S. Attorney
Attorney ID Number 214462
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Date: 1-10-02

Katherine Menendez

Kate Menendez
Assistant Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5868

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK