UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2327 (ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP LECLAIR, | ) | |
| | ) | |
| Respondent. | ) | |

Upon motion of Respondent for an extension of time in which to file an objection to the report and recommendation of the Magistrate Judge, and finding that such extension of time would be in the interest of justice, such motion is GRANTED. The respondent's objections shall be due on or before April 5, 2002.

Dated: March 20, 2002

ANN D. MONTGOMERY
United States District Judge

FILED 3-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________