# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

v.

Phillilp LeClair

Case No. Civil 01-2327 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. LeClair's Objections ot the R&R are DENIED;
2. Judge Boylans's R&R is ADOPTED.
3. The United States' petition pursuant to 18 U.S.C. 4246 is GRANTED, and LeClair shall be committed to the custody of the attorney General for continued hospitalization and treatment until suitable state placement may be found, or until his release no longer constitutes a substantial risk of bodily injury to another person or serious damage to the property of another.

DATE: May 28, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

(14)