UNITES STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>PHILLIP LECLAIR,<br>Respondent. | ) | Civil No. 01-2327 ADM/AJB<br><br>FINDINGS AND ORDER OF CONDITIONAL DISCHARGE |

Based upon the Certificate of Conditional Release from the Warden, Federal Medical Center, Rochester, Minnesota ("FMC-Rochester"), and supporting documentation attached thereto, and the parties' mutual assent to the entry of this Order and waiver of hearing, and pursuant to 18 U.S.C. § 4246(e), the Court, by a preponderance of the evidence,

Finds:

1. That the Respondent has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another; and

2. That the regimen of treatment proposed by medical and mental health staff of the FMC-Rochester as set forth in the Certificate of Conditional Release and the attachments thereto has been certified by the Director of the FMC-Rochester as appropriate

FILED JAN 2 1 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

and the Court hereby finds that said regimen of treatment is appropriate.

THEREFORE, IT IS HEREBY ORDERED that the Respondent, Phillip LeClair, be conditionally discharged from hospitalization. The following conditions of release are imposed by the Court:

1. That the Respondent be transferred to the Southwest Retirement Home in Lawton, Oklahoma, and enter outpatient mental health treatment at Jim Taliaferro Community Mental Health Center (CMHC), Lawton, Oklahoma.

2. That for the foreseeable future, the Respondent comply with whatever treatment regimen the treating clinicians at the Jim Taliaferro CMHC recommend, whether it be on an inpatient or outpatient basis, including participating in the Program of Assertive Treatment. Should it be deemed necessary by the treating clinicians, Respondent could be admitted to an inpatient treatment facility, as recommended by the Jim Taliaferro CMHC.

3. That the Respondent continue to take medication as ordered or as may be adjusted by the treating clinicians at the Jim Taliaferro CMHC or the inpatient treatment facility.

4. That the Respondent be supervised by the United States Probation Office, Western District of Oklahoma, who will be responsible for monitoring Respondent's progress. Respondent will comply with the standard conditions of the United States Probation Office including waiving his right to confidentiality regarding his

mental health treatment in order to allow sharing of information with the Supervising U.S. Probation Officer.

5. That the Respondent shall abstain from the use of alcohol and illegal drugs and shall submit to periodic urine screening to monitor his compliance.

6. That the Respondent shall abstain from owning or possessing firearms or any other weapons.

7. That the medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the Supervisory U.S. Probation Officer, to the Civil Division of the United States Attorney's Office for the District of Minnesota, for a determination as to whether a motion for release should be filed.

IT IS FURTHER ORDERED, that pursuant to 18 U.S.C. § 4246(f), the Director of Jim Taliaferro CMHC, acting upon the professional judgment of his/her medical and mental health staff, shall be responsible for administering the regimen of treatment and shall notify the U.S. Attorney's Office District of Minnesota, the FMC-Rochester, and this Court of any failure of the Respondent to

comply with the prescribed regimen of treatment. Pursuant to 18 U.S.C. § 4247(e), the Director of the FMC-Rochester shall prepare annual reports concerning the need for Petitioner's continued conditional discharge. The reports shall be submitted to the Court and copies of the reports shall be provided to counsel for the government and counsel for the Respondent.

Dated: January 20, 2004

ANN D. MONTGOMERY, Judge
United States District Court