Prob12A (6/98)

# UNITED STATES DISTRICT COURT
**for the**
## District of Minnesota

## Report on Offender Under Supervision

Name of Offender: Phillip LeClair Case Number: CIVIL NO. 01-2327 ADM

Name of Judicial Officer: The Honorable Ann D. Montgomery

Date of Original Sentence: Not applicable

Original Offense: Assault with a deadly weapon in Indian Country

Original Sentence: Not applicable

Type of Supervision: Conditional Release Date Supervision Commenced: January 20, 2004

RECEIVED
05 MAR 18 PM 3:20
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

---

On January 26, 2005, the supervising U. S. Probation Officer in the Western District of Oklahoma, for this Respondent, made an status inquiry to the treatment facility originally ordered by the United States District Court, District of Minnesota, Taliaferro Community Mental Health Center, Lawton, Oklahoma. The treatment facility reported that the residential care facility originally ordered, Southwest Retirement Home, had suddenly closed on January 13, 2005, and the patients under their care were disbursed. This Respondent was sent to Sugar Mountain Retreat, Inc., Welling, Oklahoma. Tenkiller Behavioral Services is the local treatment agency, also located in Welling, Oklahoma, and was assigned in the treatment of this Respondent. This facility is located in the Eastern District of Oklahoma. The centers are certified by the Oklahoma Department of Mental Health and Substance Abuse Services. A U. S. Probation Officer of the Eastern District of Oklahoma has visited the facility and approved transfer of this Respondent to their district.

This report is submitted because the conditions of release were very specific in regard to the residential care and treatment facility, as well as the district of supervision. Therefore, we are requesting direction from the Court as to whether the conditions ordered need to be modified or if by return of this document, the Court concurs with the new placement of Mr. LeClair.

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

Respectfully submitted by,

Melody McDaniel
Senior U.S. Probation Officer

Date: March 7, 2005

Reviewed by,

Derald T. Riggs
Supervising U. S. Probation Officer

Date: 3/8/2005

---

[✓] Concur with Recommendation
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

March 18, 2005
Date

Signature of Judicial Officer

Vanessa D. Thurman
Chief U. S. Probation Officer

Joy L. Taylor
Deputy Chief U. S. Probation Officer

# United States Probation Office
# Western District of Oklahoma

**Oklahoma City Office**
215 Dean A. McGee, Room 201
Oklahoma City, OK 73102
(405) 609-5800

**Lawton Office**
410 Southwest Fifth, Room 101
Lawton, Oklahoma 73501-4268
(580) 353-0387

Please Respond To:
Oklahoma City Office

March 14, 2005

The Honorable Ann D. Montgomery
Room 13W U. S. Courthouse
300 S. 4th Street
Minneapolis, Minnesota 55415

**Re:** LeClair, John
Civil No. 01-2327

Dear Judge Montgomery:

The above-named respondent has been supervised in the community since his release on January 29, 2004, without incident. However, there does not appear to be any indication that his mental health issues have abated. The attached report from Tenkiller Behavioral Services, Inc., is provided pursuant to the court order for an annual report concerning the need for the Petitioner's continued conditional discharge.

The attached Probation Form 12A is provided for your information, with a request for your guidance in this civil order of conditional release. The respondent in this case was held by FMC Rochester, Minnesota, pursuant to 18 U.S.C. § 4246(e), after having been found incompetent to stand trial in our district. Your district became involved after his discharge from Rochester, after our case was closed. A modification of the conditional discharge order from your district, appears to be needed in this case. Please review the attached report and advise. We are asking that if you concur with the changes that have taken place with the respondent, that you so indicate and provide our office with a file stamped copy.

Sincerely,

Melody McDaniel
Senior U.S. Probation Officer
(405) 609-5851